NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID GROBER**
*Plaintiff-Appellant,*

**and**

**VOICE INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., AND BLUE SKY AERIALS, INC.,**
*Defendants-Cross Appellants,*

**and**

**DOES 1-10, JORDAN KLEIN, SR., JORDAN KLEIN, JR., AND OPPENHEIMER CINE RENTAL LLC,**
*Defendants.*

---

2010-1519, -1527

---

Appeals from the United States District Court for the Central District of California in case no. 04-CV-8604, Judge Jack Zouhary.

---

**ON MOTION**

## O R D E R

Voice International, Inc. and David Grober both move for 60-day extensions of time, until January 7, 2011, to file their initial briefs.  Mako Products, Inc. et al. oppose. Voice International, Inc. and David Grober reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**NOV 1 8 2010**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  David Grober
Edwin P. Tarver, Esq.
Brian W. Warwick, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 1 8 2010**

**JAN HORBALY**
**CLERK**